UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2024 JAN 25 PM 2: 54

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BEAU CHRISTOPHER BENSON,<br><br>Defendant | Criminal No. 24cr10025<br><br>Violation:<br><br>Count One: Receipt of Child Pornography<br>(18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 2253) |

## INFORMATION

### COUNT ONE
Receipt of Child Pornography
(18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1))

The United States Attorney charges:

From on or about May 24, 2020 and continuing through on or about December 24, 2021, in the District of Massachusetts, the defendant,

BEAU CHRISTOPHER BENSON,

knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## CHILD PORNOGRAPHY FORFEITURE ALLEGATION
(18 U.S.C. § 2253)

The United States Attorney further alleges:

1. Upon conviction of the receipt of child pornography, in violation of Title 18, United States Code, Section 2252A, set forth in Count One, the defendant,

BEAU CHRISTOPHER BENSON,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253, (i) any visual depiction described in sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

   a. White Apple iPhone 11 with case S/N FFNGV6WNN72K;

   b. White Apple iPhone 7 with case IMEI 359471084995620;

   c. Lenovo Laptop Model CT01NN S/N MJ0A90GG;

   d. Apple iPad Model # A2197, S/N F9FD42J3MF3M;

   e. Lenovo Laptop Model #CT01NN S/N MJ06LA8P;

   f. Seagate External hard drive S/N NABDCCFM; and

   g. Toshiba External hard drive S/N X99FT1FRTRPG.

2.  If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 2253, as a result of any act or omission of the defendant–

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States of America, pursuant to Title 18, United States Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 2253.

Dated: January 25, 2024

JOSHUA S. LEVY
Acting United States Attorney

By: *(signature)*
DAVID G. TOBIN
Assistant U.S. Attorney
District of Massachusetts