UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) ) ) | No. 1:24-CR-10025-MJJ |
| v. |  |  |
| BEAU CHRISTOPHER BENSON |  |  |

## ASSENTED TO MOTION TO PERMIT TRAVEL

Defendant Beau Christopher Benson ("Mr. Benson"), by and through undersigned counsel, hereby moves this Honorable Court to enter an order permitting him to travel to from his mother's home in the Eastern District of Pennsylvania to the District of Massachusetts from Monday, February 17, 2025 to Thursday, February 20, 2025. On November 27, 2023, this Court released Mr. Benson on conditions including a requirement that he reside at his mother's home in Pennsylvania under home detention on GPS to be supervised by the United States Probation Office in the Eastern District of Pennsylvania. This Court has scheduled a sentencing hearing for Mr. Benson on Tuesday, February 18, 2025. Mr. Benson's probation officer in Pennsylvania, however, has indicated that Mr. Benson must seek and obtain court approval before he can travel back to Massachusetts.

Mr. Benson proposes to stay with his cousin and her husband in Somerville during his brief stay in Massachusetts. Undersigned counsel had previously provided United States Probation in the District of Massachusetts with the names, address and contact information for Mr. Benson's cousin and her husband during the detention

hearing process. Undersigned counsel can provide this information again if the Court or United States Probation needs it.

Undersigned counsel has spoken with Assistant United States Attorney David Tobin and he **ASSENTS** to this motion.

WHEREFORE, Mr. Benson respectfully asks this Court to allow his motion and permit him to travel to District of Massachusetts on the dates requested herein.

Respectfully submitted,

BEAU CHRISTOPHER BENSON

By his Attorney,

/s/ Gary Pelletier
Gary G. Pelletier, BBO#631732
PELLETIER CLARKE & CALEY, LLC
35 Touro Street
Newport, RI 02840
Tel. (401) 849-4400
Fax (401) 619-3451
Cell (617) 650-6719
gpelletier@pcclaw.net

Dated: February 14, 2025

**CERTIFICATE OF SERVICE**

I, Gary G. Pelletier, hereby certify that on February 14, 2025, I served a true copy of the within motion upon Assistant United States Attorney David Tobin by electronic mail at David.Tobin@usdoj.gov

/s/ Gary G. Pelletier